IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **LYNEX & ASSOCIATES, INC.** | \* |
| | \* |
| v. | \*   C-97-624-B |
| | \* |
| **LORENE L. COOK and** | \* |
| **SURESH MURJANI** | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon the Motion of Sarasota CCM, Inc., as assignee of plaintiff (*see* Affidavit of Jerry Squillante), to bring this matter forward and for issuance for a trustee process against Ocean Bank, with whom defendant Suresh Murjani maintains or may maintain one or more bank accounts; and it appearing that judgment was entered in this case on December 10, 1999, in the amount of $30,000, jointly and severally against defendants Lorene Cook and Suresh Murjani, no part of which judgment has been paid despite demand therefor; it is hereby

ORDERED, that the Motion is granted, and a writ of trustee process may be served upon Ocean Bank in the amount of $48,608.46, in the form attached hereto, with service promptly thereafter upon defendant Suresh Murjani.

Dated at Concord, NH, this 16 day of December, 2010.

/s/ Paul Barbadoro
U.S. District Judge

cc: Counsel of Record